

NUMBER 13-09-00036-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LISY CORP. (F/K/A LISY ACQUISITION CORP.),　　　　　**Appellant,**

**v.**

JOSE YVAN VAZQUEZ,　　　　　　　　　　**Appellee.**

**On appeal from the County Court at Law No. 5
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Vela
Memorandum Opinion Per Curiam**

Appellant, Lisy Corp. (F/K/A Lisy Acquisition Corp.), perfected an appeal from a

judgment entered by the County Court at Law No. 5 of Hidalgo County, Texas, in cause

number CL-08-1073-E.  Appellant has filed an unopposed motion to dismiss the appeal

on grounds there was not a final and appealable judgment. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 12th day of March, 2009.